Rammie Earl HALL *v*. STATE of Arkansas

CR 95-166                                                933 S.W.2d 363

Supreme Court of Arkansas
Opinion delivered December 9, 1996

Appellant, *pro se.*

*Winston Bryant*, Att'y Gen., by: *Vada Berger*, Asst. Att'y Gen., for appellee.

PER CURIAM. Hall petitions for rehearing and cites *U.S. v. Gaudin*, _____ U.S. _____, 115 S.Ct. 2310 (1995), for the proposition that our decision improperly failed to entertain the jury-instruction issue raised herein as a structural error. We deny Hall's petition by pointing out that *Gaudin* does not hold that an erroneous jury instruction which omits an element of the government's burden of proof compels a finding of prejudicial error. *See also California* v. *Roy*, _____ U.S. _____, (No. 95-2025, Nov. 4, 1996).